# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**SIDNEY LADELL BROWN**　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #111805**

**V.**　　　　　　　**CASE NO. 3:19-cv-00054 JM**

**OLLIE COLLINS,** *et al.*　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

　　Plaintiff Sidney Ladell Brown has filed a Motion for Default Judgment. (Doc. No. 10). On March 25, 2019, the Court *Younger* stayed Brown's claim that he was unlawfully arrested and wrongfully charged. (Doc. No. 6). Because this case was stayed, the Court has not ordered service on any individual named as a Defendant. Default may be entered when a party against whom relief is sought if the party "has failed to plead or otherwise defend . . . ." FED. R. CIV. P. 55(a). A defendant's time to file a responsive pleading is calculated from the date on which the defendant is served or waived service. *See* FED. R. CIV. P. 12(a)(1)(A). Because no individual has been served, no responsive pleading is due. *See Id*. Accordingly, Brown's Motion for Default Judgment (Doc. No. 10) is DENIED.

　　IT IS SO ORDERED this 18th day of September, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE