IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**SIDNEY LADELL BROWN**  **PLAINTIFF**
**ADC #111805**

V.   CASE NO. 3:19-cv-00054 JM

**OLLIE COLLINS,** *et al.*  **DEFENDANTS**

## ORDER

Plaintiff Sidney Ladell Brown's Motion for Copies and Default Judgment (Doc. No. 29) is GRANTED in part and DENIED in part. Brown's request for copies is granted. The Clerk is directed to send Brown a copy of the docket sheet in this case, along with a copy of docket entry numbers 25, 26, and 28. To the extent Brown seeks default judgment, his motion is denied. Any other relief sought is also denied.

IT IS SO ORDERED this 17th day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE