# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**SIDNEY LADELL BROWN**  **PLAINTIFF**
**ADC #111805**

V.              CASE NO.  3:19-cv-00054 JM

**OLLIE COLLINS,** *et al.*              **DEFENDANTS**

## ORDER

Plaintiff Sidney Ladell Brown's Motion for Copies (Doc. No. 35) is GRANTED. The Court directs the Clerk to send Brown a copy of the docket sheet in this case, along with a copy of docket entry numbers 25, 26, and 28.

Brown's Motion to Start Discovery (Doc. No. 36) is DENIED as moot.  As the Court explained to Brown in a July 14, 2020 Order (Doc. No. 22), this action is exempt from the requirement that a party may not seek discovery before the parties have conferred as required by Rule 26(f).  FED. RULE CIV. P. 26(d)(1); FED. RULE CIV. P. 26(a)(1)(B)(iv). Further, the initial order entered in this case advised Brown that:

> Discovery requests, such as interrogatories and requests for documents, are not to be filed with the court.  Instead, discovery requests should be sent to counsel for the defendant (or directly to the defendant if he or she is not represented by a lawyer). No discovery should be sent to a defendant until after that defendant has been served with the complaint.

(Doc. No. 3 at 2.)

Any discovery must be conducted in compliance with the applicable Federal Rules of Civil Procedure and Local Rules for the Eastern and Western Districts of Arkansas.

IT IS SO ORDERED this 3rd day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE