## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**SIDNEY LADELL BROWN**                                                                          **PLAINTIFF**
**ADC #111805**

**V.**                                   **CASE NO.  3:19-cv-00054 JM**

**OLLIE COLLINS,** *et al.*                                                                **DEFENDANTS**

<u>**ORDER**</u>

Plaintiff Sidney Ladell Brown filed a document titled "Motion Pretrial Disclosure Sheet Fed. R. Civ. P. 26(a)(3)," which included what the Court interprets as a motion for extension of time in which to complete discovery.  (Doc. No. 42).  Brown's Motion for Extension (Doc. No. 42) is DENIED.

The final scheduling order in this case was entered on June 9, 2020.  (Doc. No. 17).  As set out in the final scheduling order, the discovery deadline was February 16, 2021.  (*Id*. at 1.)  To the extent Plaintiff seeks to extend the discovery deadline (Doc. No. 42), his motion is DENIED.

The Court notes that trial in this case is currently scheduled for the week of May 24, 2021.  (Doc. No. 17.)  The trial date will be continued; an order providing the new trial date will issue shortly. Deadlines that have already passed will not change as a result of the continuance.

IT IS SO ORDERED this 26th day of April 2021.

_____
UNITED STATES DISTRICT JUDGE